# United States Bankruptcy Court
## Southern District of Texas

In re:  **CLINT ARLIN CHURCH**                    Case No.        **22-30914-H4-13**

        Debtor                                        Chapter:        13

### DEBTOR'S RESPONSE TO MOTION FOR RELIEF FROM THE STAY FILED BY FREEDOMROAD FINANCIAL

COMES NOW, Clint Arlin Church, and files this, his Response to Motion for Relief from the Stay filed by FreedomRoad Financial ("Motion for Relief"), and respectfully shows the Court the following:

1.  Debtor admits the allegations contained in paragraph 1 of the Motion for Relief.

2.  Debtor admits the allegations contained in paragraph 2 of the Motion for Relief.

3.  Debtor admits the allegations contained in paragraph 3 of the Motion for Relief.

4.  Debtor cannot admit or deny the allegations contained in paragraph 4 of the Motion for Relief.

5.  Debtor admits the allegations contained in paragraph 5 of the Motion for Relief.

6.  Debtor admits the allegations contained in paragraph 6 of the Motion for Relief.

7.  Debtor admits the allegations contained in paragraph 7 of the Motion for Relief.

8.  Debtor cannot admit or deny the allegations contained in paragraph 8 of the Motion for Relief..

9.  Debtor cannot admit or deny the allegations contained in paragraph 9 of the Motion for Relief since it is regarding an estimate.

10.  Debtor cannot admit or deny the allegations contained in paragraph 10 of the Motion for Relief.

11.  Debtor cannot admit or deny the allegations contained in paragraph 11 of the Motion for Relief.

12.     Debtor cannot admit or deny the allegations contained in paragraph 12 of the Motion for Relief because that paragraph is inapplicable.

13.     Debtor cannot admit or deny the allegations contained in paragraph 13 of the Motion for Relief because that paragraph is inapplicable.

14.     Debtor admits the allegations contained in paragraph 14 of the Motion for Relief.

15.     Debtor cannot admit or deny the allegations contained in paragraph 15 of the Motion for Relief because that paragraph is inapplicable.

16.     Debtor cannot admit or deny the allegations contained in paragraph 16 of the Motion for Relief because that paragraph is inapplicable.

17.     Debtor denies the allegations contained in paragraph 17 of the Motion for Relief.

18.     Debtor admits the allegations contained in paragraph 18 of the Motion for Relief.

WHEREFORE, PREMISES CONSIDERED, Clint Arlin Church  prays that this Court will deny the Motion for Relief From the Stay filed by FreedomRoad Financial and grant Debtors all relief he is entitled to under the Code, including attorneys' fees, if applicable.

Respectfully Submitted,

 /s/ Rick J Deal
RICK J. DEAL
ATTORNEY FOR DEBTOR
Law Office of Rick J Deal, P.C.
409 N. Loop 336 W, Suite 4
Conroe, Texas 77301
(936) 499-5780 Telephone
(936) 756-3387 Facsimile
rjdeal@rjdeal.com

## **CERTIFICATE OF SERVICE**
I certify that the Debtor's Response to FreedomRoad Financial's Motion to Lift Stay in the above-referenced case was served, either by electronic means or by first class mail, on the parties listed below on September 27, 2022.

 /s/ Rick J Deal

**TRUSTEE**
William E Heitkamp
Ch 13 Trustee
9821 Katy Freeway, Suite 590
Houston, TX 77024


**US TRUSTEE**

Office of the U.S. Trustee
515 Rusk, Suite 3516
Houston, TX 77002

**CREDITOR**
American Express
PO Box 981535
El Paso, TX 79998